

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

03/27/2018 02:00 PM

COURTROOM   6D, 6th Floor

HONORABLE CYNTHIA JACKSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:17-bk-05222-CCJ | 7 | 08/07/2017 |

Chapter 7

**DEBTOR:**        Russell Daniels

                   Lisa Daniels

**DEBTOR ATTY:**   Roy Praver

**TRUSTEE:**       Arvind Mahendru

**HEARING:**

Motion by Trustee to Sell Property Free and Clear of Liens,
    Encumbrances and Interests with Consent of All Lienholders re: 24741 E Colonial (Doc #17)

**APPEARANCES:**: Arind Mahendru: Trustee

**RULING:** Motion by Trustee to Sell Property Free and Clear of Liens, Encumbrances and Interests with Consent of All Lienholders re: 24741 E Colonial   (Doc #17) - Granted as discussed in Open Court; Order by Mahendru.      (WC)
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.